**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 146 MM 2020
:
Respondent :
:
:
:
v. :
:
:
:
JUSTIN ASAAD COOKE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2020, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.